

IN the INTEREST OF: C.M., a Minor

**3520 EDA 2016**

Superior Court of Pennsylvania.

04/11/2017

39 O.C.A. 2016 (Monroe)

Affirmed

IN the INTEREST OF: L.C., a Minor

**3635 EDA 2016**

Superior Court of Pennsylvania.

Filed 04/11/2017

43 O.C.A. 2016 (Monroe)

Affirmed

**COM.**

v.

**SCOTT, D.**

**464 MDA 2016**

Superior Court of Pennsylvania.

04/11/2017

CP–31–CR–0000411–2015 (Huntingdon)

Affirmed

**COM.**

v.

**ELEY, J., Jr.**

**774 MDA 2016**

Superior Court of Pennsylvania.

04/11/2017

CP–40–CR–0002998–2011 (Luzerne)

Affirmed

**COM.**

v.

**THOMPSON, D.**

**1325 MDA 2016**

Superior Court of Pennsylvania.

04/11/2017

CP–28–CR–0002326–2012 (Franklin)

Affirmed

**L.G.L., JR.**

v.

**A.R.L.**

**1644 MDA 2016**

Superior Court of Pennsylvania.

04/11/2017

05–5988 # 3 (Berks)

Vacated/Remanded.

